FILED

9 NOV -7 A 9:31

K, U.S. DISTRICT COURT
ERN DISTRICT OF CALIFORNIA

M C    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Letty Meiko HSU,<br><br>　　　　　　　Defendant. | Case No. **19MJ11352**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Alien (Felony) |

The undersigned complainant being duly sworn states:

On or about November 7, 2019, within the Southern District of California, defendant, Letty Meiko HSU, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, Zhenxin YANG, had come to, entered or remained in the United States in violation of law, did transport or move, or attempted to transport or move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

                                     _____
                                     WENCESLAO PARTIDA
                                     BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF NOVEMBER, 2019.

                                     _____
                                     HON. RUTH BERMUDEZ MONTENEGRO
                                     U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Letty Meiko HSU

**STATEMENT OF FACTS**

The complainant states that this complaint is based upon statements in investigative report by Border Patrol Agent (BPA) A. Perez, that on November 7, 2019, Letty Meiko HSU (HSU), a United States Citizen (USC), was arrested near Westmorland, California while smuggling an undocumented alien in violation of Title 8, United States Code, Section 1324.

On November 7th, BPA A. Perez was assigned to the United States Border Patrol checkpoint on Highway 86 near Westmorland, California. At approximately 1:15 a.m., a black 2017 Mercedes Benz (Mercedes) approached his position at primary inspection. BPA Perez identified himself as a BPA and questioned the two front passengers as to their citizenship. BPA Perez noticed during questioning a third occupant lying down in the rear seat. The driver, identified as HSU, presented BPA Perez three valid U.S Passports and stated she was a USC. HSU stated to BPA Perez that the passenger was her daughter. Upon examining the U.S Passport, BPA Perez noticed several discrepancies between the photo of the U.S Passport and the facial appearance of the male passenger. The male passenger's ears, jawline, nose and upper lip were noticeably different. The year of birth indicated on the passport was 1977, and the male passenger, identified as YANG, Zhenxin (YANG), appeared to be much younger.

3

Based on the anomalies in the passport's photo and the significant difference of YANG's appearance, BPA Perez directed HSU to secondary inspection for further investigation.

In secondary inspection, BPA Miranda questioned HSU and advised BPA Perez that HSU admitted to smuggling YANG and the passport did not belong to YANG. HSU was placed under arrest for Alien Smuggling and YANG was placed under arrest for being in the country illegally.

Material Witness YANG stated he was going to pay 300,000 Yuan, which is approximately $43,000 United States Dollars, to be smuggled into the United States.

Material Witness YANG was able to identify HSU from a six-pack photo line-up as the driver of the black Mercedes who picked him up in Mexicali, crossed him through the Port of Entry, and was present when he was arrested at the checkpoint.

The complainant states the name of the Material Witness is as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Zhenxin YANG | Peoples Republic of China |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.